1  CHARLES D. MAY, ESQ. (Bar No. 129663)
   STEPHANIE FORMAN, ESQ. (Bar No. 195757)
2       **THARPE & HOWELL**
    **15250 Ventura Boulevard, Ninth Floor**
3    **Sherman Oaks, California  91403-3221**
        Telephone:  (818) 205-9955
4        Facsimile:   (818)205-9944
     E-Mail: cmay@tharpe-howell.com
5    E-Mail: sforman@tharpe-howell.com

6  Attorneys for Defendant,
        LOWE'S HIW, INC., erroneously sued
7        and served as LOWE'S H I W, INC.

8

9              UNITED STATES DISTRICT COURT

10   SOUTHERN DISTRICT OF CALIFORNIA - EL CENTRO COURTHOUSE

11

12  ABELARDO SOLAREZ,                    ) **CASE NO. 08 CV 0575 LAB NLS**
                                         )
13          Plaintiff(s),                ) (Imperial County Superior Court Case
                                         ) No. ECU04188)
    v.                                   )
14                                       ) **NOTICE OF REMOVAL OF**
    LOWE'S COMPANIES, INC.,              ) **ACTION UNDER 28 U.S.C. §1332 &**
15  LOWE'S HOME CENTERS, INC.,           ) **§1441(b) (DIVERSITY)**
    LOWE'S H I W, INC., and DOES 1       )
16  to 50, Inclusive,                    )
                                         )
17          Defendant(s).                )
                                         )
18  _____

19

20      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1332 and §1441(b),

21  Defendant LOWE'S HIW, INC., erroneously sued and served as LOWE'S H I W, INC.

22  ("Defendant"), contemporaneously with the filing of this notice, is effecting the

23  removal of the below referenced action from the Superior Court of the State of

24  California for the County of Imperial, to the United States District Court, Southern

25  District of California – El Centro Courthouse.  The removal is based, specifically, on

26  the following grounds:

27            **PLEADINGS, PROCESS AND ORDERS**

28      1.    On or about January 31, 2008, Plaintiff ABELARDO SOLAREZ

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1  ("Plaintiff") commenced the above-entitled civil action in the Superior Court for the
2  County of Imperial by filing a Complaint therein entitled <u>ABELARDO SOLAREZ v.</u>
3  <u>LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, INC., LOWE'S H I W,</u>
4  <u>INC., and DOES 1 to 50, Inclusive</u>, Case No. ECU04188. A true and correct copy of
5  the following documents are attached hereto and incorporated herein by reference
6  collectively as Exhibit "A".

7          a.    Summons

8          b.    Complaint

9          c.    Civil Case Cover Sheet

10      2.    The Summons and Complaint were served on Defendant via personal
11  service to its Agent for Service of Process on February 26, 2008. (Exhibit "A".)

12      3.    On February 26, 2008, Plaintiff also served his Statement of Damages on
13  Defendant. A true and correct copy of Plaintiff's Statement of Damages is attached
14  hereto and incorporated by reference as Exhibit "B."

15      4.    On March 20, 2008, Plaintiff filed a Request for Dismissal as to
16  defendants LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, INC. A
17  true and correct copy of the Endorsed Request for Dismissal is attached hereto and
18  incorporated herein by reference as Exhibit "C."

19      5.    Defendant timely filed its Answer to Complaint and Demand for Jury Trial
20  on March 24, 2008. A true and correct copy of Defendant's Answer to Complaint and
21  Demand for Jury Trial are attached hereto and incorporated herein by reference
22  collectively as Exhibit "D."

23      6.    The attached exhibits constitute all process, pleadings and orders served
24  upon this defendant in this matter.

25                             **DIVERSITY**

26  **A.**    <u>**Citizenship**</u>

27      7.    This is a civil action over which this Court has original jurisdiction under
28  28 U.S.C. § 1332, in that it is a civil action wherein the matter in controversy exceeds

- 2 -

**NOTICE OF REMOVAL OF ACTION**

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1  the sum of $75,000.00, exclusive of interest and costs. (Exhibit "B"). This action is

2  one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b),

3  as the action is between citizens of different states.

4       8.     Defendant is informed and believes that Plaintiff was, at the time of the

5  filing of this action, and presently remains, a resident and citizen of the State of

6  California.

7       9.     Defendant LOWE'S HIW, INC., erroneously sued and served as LOWE'S

8  H I W, INC., is a corporation. Defendant was, at the time of the filing of the state court

9  action, and remains, incorporated in the State of Washington and its principal place of

10  business is the same. Accordingly, Defendant is a citizen of the State of Washington.

11  **B.**    **Fictitious Does**

12       10.    Defendant DOES 1 to 50, inclusive, are wholly fictitious. The Complaint

13  does not set forth the identity or status of any said fictitious defendants, nor does it set

14  forth any charging allegation against any fictitious defendants. The naming of said

15  fictitious defendants does not destroy the diversity of citizenship between the parties

16  in this action and are to be disregarded. 28 U.S.C. § 1441(a); Newcombe v. Adolf

17  Coors Co., 157 F.3d 686, 690-91 (9th Cir. 1998).

18                      **AMOUNT IN CONTROVERSY**

19       11.    Plaintiff's complaint for negligence arises out of allegations that Plaintiff

20  suffered serious injury when he slipped and fell while on Defendant's premises as an

21  invitee. As a result of this alleged incident, Plaintiff claims that he has suffered lost

22  wages, hospital and medical expenses, loss of earning capacity and general

23  compensatory damages. (See Complaint, Exhibit "A"). Although, Plaintiff was

24  prohibited from stating a specific amount demanded in his complaint, Defendant has

25  been able to ascertain through "other paper" that the amount in controversy exceeds

26

27

28

**NOTICE OF REMOVAL OF ACTION**

Solarez v. Lowe's HIW, Inc., et al.
Case No.

1 | $75,000.00.[1]

2 | 12.    Plaintiff's Statement of Damages unequivocally states that Plaintiff claims

3 | general compensatory damages of $300,000.00. (Exhibit "B").  Therefore, Plaintiff's

4 | general damages alone are four (4) times the jurisdictional amount.   In addition,

5 | Plaintiff claims special damages according to proof.

6 | **TIMELINESS OF REMOVAL**

7 | 13.    This Notice of Removal is timely filed in that it has been filed within thirty

8 | (30) days after receipt by Defendant of "other paper" (i.e., Plaintiff's Statement of

9 | Damages) from which it could first be ascertained that the case is removable, pursuant

10 | to 28 U.S.C. § 1446(b), and within one year of the filing of the Complaint.  Such "other

11 | paper" was served on February 26, 2008.

12 | 14.    For all of the foregoing reasons, this Court has original jurisdiction under

13 | 28 U.S.C. §§ 1332 and 1441(b).

14 |

15 | Dated: March 25, 2008                              THARPE & HOWELL

16 |

17 |                                         By:  _____

18 |                                              CHARLES D. MAY
                                                 STEPHANIE FORMAN

19 |                                              Attorney for Defendant,
                                                 LOWE'S HIW, INC.,

20 |                                              erroneously sued and served as
                                                 LOWE'S H I W, INC.

21 |

22 | G:\Data\22150\Pleadings\NTC REMOVAL.wpd

23 |

24 |

25 |

26 | _____

27 | [1] In California state court actions brought to recover damages for personal injury, plaintiffs

28 | are prohibited from stating the amount demanded in their complaint.  California Code of Civil
Procedure §425.10.

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 4 -

**NOTICE OF REMOVAL OF ACTION**

Solarez v. Lowe's HIW, Inc., et al.
Case No.

**EXHIBIT A**

**TO CONFORM**

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Lowe's Companies, Inc., Lowe's Home Centers, Inc.,
Lowe's H I W, Inc., and DOES 1 to 50, Inclusive

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED**

JAN 3 1 2008

SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY LYDIA M. ANTUNEZ
DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Abelardo Solarez

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.   There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya una formulario que usted pueda usar para su respuesta.   Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>El Centro Courthouse<br>939 Main Street<br>939 Main Street<br>El Centro, Ca. 92243<br>El Centro | CASE NUMBER:<br>*(Número del Caso):* ECU04188 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel R. Tamez, Esq. SBN 216619                                 619-446-6736
LAW OFFICES OF DANIEL R. TAMEZ
1010 Second Avenue Suite 1750
San Diego, CA 92101

DATE: 1-31-08
*(Fecha)*

JOSE O. GUILLEN
Clerk, by *(Secretario)* L. Antunez, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Lowes HIW, Inc

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☑ by personal delivery on *(date):* 2/26/08

[SEAL]

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

Legal Solutions Plus

**SUMMONS**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1 2004]

TO CONFORM

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Daniel R. Tamez, Esq. SBN 216619
LAW OFFICES OF DANIEL R. TAMEZ
1010 Second Avenue Suite 1750
1010 Second Avenue Suite 1750
San Diego, CA 92101
TELEPHONE NO 619-446-6736    FAX NO. *(Optional)*.
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff

FOR COURT USE ONLY

ENDORSED

JAN 31 2008

SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY LYDIA M. ANTUNEZ
DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** IMPERIAL
STREET ADDRESS: 939 Main Street
MAILING ADDRESS: 939 Main Street
CITY AND ZIP CODE: El Centro, Ca. 92243
BRANCH NAME: El Centro

PLAINTIFF: Abelardo Solarez

DEFENDANT: Lowe's Companies, Inc., Lowe's Home Centers, Inc., Lowe's H I W, Inc., and

[x] DOES 1 TO 50, Inclusive

Assigned for all purpose to Judge including trial
JEFFREY B. JONES

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:
Type *(check all that apply)*:
[x] MOTOR VEHICLE    [x] OTHER *(specify)*: Premises Liability
  [x] Property Damage    [ ] Wrongful Death
  [x] Personal Injury    [ ] Other Damages *(specify)*:

**Jurisdiction** *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded    [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:

ECU04188

1. Plaintiff *(name or names)*: Abelardo Solarez

   alleges causes of action against defendant *(name or names)*: Lowe's Companies, Inc., Lowe's Home Centers, Inc., Lowe's H I W, Inc., et al.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1. 2007)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal Solutions

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: Solarez v. Lowe's Companies, Inc. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):

    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☒ **except** defendant (name): Lowe's Companies, Inc.

    (1) ☒ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  b. ☒ **except** defendant (name): Lowe's Home Centers, Inc.

    (1) ☒ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  c. ☒ **except** defendant (name): Lowe's H I W, Inc.

    (1) ☒ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  d. ☐ **except** defendant (name):

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

  a. ☒ Doe defendants (specify Doe numbers): 1-50, Inclusive    were the agents or employees of other named defendants and acted within the scope of that agency or employment.

  b. ☒ Doe defendants (specify Doe numbers): 1-50, Inclusive    are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

  a. ☒ at least one defendant now resides in its jurisdictional area.
  b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and

  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property**

PLD-PI-001

| SHORT TITLE: Solarez v. Lowe's Companies, Inc. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☒ Other *(specify):*

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify):* Other damages which may be introduced into evidence at the time of trial.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
      All.

Date: 01-25-08

Daniel R. Tamez, SBN 216619
_____
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Page 3 of 3

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: Solarez v. Lowe's Companies, Inc. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  a. ☐ Motor Vehicle
  b. ☒ General Negligence
  c. ☐ Intentional Tort
  d. ☐ Products Liability
  e. ☒ Premises Liability
  f. ☒ Other *(specify):*

11. Plaintiff has suffered
  a. ☒ wage loss
  b. ☐ loss of use of property
  c. ☒ hospital and medical expenses
  d. ☒ general damage
  e. ☐ property damage
  f. ☒ loss of earning capacity
  g. ☒ other damage *(specify):* Other damages which may be introduced into evidence at the time of trial.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☒ compensatory damages
     (2) ☐ punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
     (1) ☒ according to proof
     (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
     All.

Date: 01-25-08

Daniel R. Tamez, SBN 216619
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Page 3 of 3

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(4)

| SHORT TITLE: Solarez v. Lowe's Companies, Inc. | CASE NUMBER: 37-2007-00066303-CU-PL |
|---|---|

<u>First</u> _____ **CAUSE OF ACTION—Premises Liability**     Page <u>4</u>
  (number)

ATTACHMENT TO [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name)*: Abelardo Solarez
  alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
  On *(date)*: 03-01-06       plaintiff was injured on the following premises in the following

  fashion *(description of premises and circumstances of injury)*:
  Plaintiff, Abelardo Solares was injured on 03-01-06 near a Lowe's Store located at 2053 N. Imperial Avenue, in El Centro, California. At the time and place described above, Defendants, and each of them failed to maintain, repair, replace, remedy, correct, provide safeguards, provide warnings, or make safe a dangerous condition or unsafe area, specifically an area located near an aisle near the first cash-register near the men's restroom located inside the Lowe's Store at the address described above. The area where this fall occurred located in the Lowe's Store described above, was dangerous/unsafe as to create a substantial risk of bodily injury to any person in the area. Specifically, Plaintiff was legally on premises when he slipped and fell on what appeared to be a slippery-type substance located on the floor near the aisle described above causing Plaintiff to fall to the ground. Plaintiff was legally on the premises as he was a customer at the Lowe's Store described above. The property was owned, maintained or controlled by the Defendants, and each of them.

Prem.L-2.  [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: Lowe's Companies, Inc., Lowe's Home Centers, Inc., Lowe's H I W, Inc., and

  [x] Does 1_____ to 50_____

Prem.L-3.  [x] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*: Lowe's Companies, Inc., Lowe's Home Centers, Inc., Lowe's H I W, Inc., and

  [x] Does 1_____ to 50_____
  Plaintiff, a recreational user, was [x] an invited guest [x] a paying guest.

Prem.L-4.  [x] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*: Lowe's Companies, Inc., Lowe's Home Centers, Inc., Lowe's H I W, Inc., and

  [x] Does 1_____ to 50_____
  a. [x] The defendant public entity had [x] actual [x] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
  b. [x] The condition was created by employees of the defendant public entity.

Prem.L-5.  a. [x] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*: Lowe's Companies, Inc., Lowe's Home Centers, Inc., Lowe's H I W, Inc., and

  [x] Does 1_____ to 50_____
  b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1. 2007]     **CAUSE OF ACTION—Premises Liability**     Legal Solutions     Code of Civil Procedure, § 425.12

PLD-PI-001(2)

| SHORT TITLE: Solarez v. Lowe's Companies, Inc. | CASE NUMBER: 37-2007-00066303-CU |
| --- | --- |

Second _____ **CAUSE OF ACTION—General Negligence**     Page 5 _____
   (number)

ATTACHMENT TO [x] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Abelardo Solarez

    alleges that defendant *(name):* Lowe's Companies, Inc., Lowe's Home Centers, Inc., Lowe's H I W, Inc., and

    [x] Does 1 _____ to 50, Inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 03-01-06
at *(place):* At or near the Lowe's Store located at 2053 N. Imperial Avenue, in El Centro, California.
*(description of reasons for liability):*
Plaintiffs incorporate by reference Plaintiffs' First Cause of Action and each and every paragraph therein as though set forth in full herein.

At all times mentioned herein, Defendants, and each of them, were the owners and/or lessors and/or lessees and/or landlords and/or renters and/or tenants and/or managers and/or supervisors and/or associations for maintenance and/or persons in possession and/or persons in control of the property and the common areas and special interest areas at the subject premises.

Defendants, and each of them, owned and/or possessed and/or managed and/or supervised and/or controlled and/or inspected and/or maintained the subject property located at or near the Lowe's Store located at 2053 N. Imperial Avenue, in El Centro, California. Defendants, and each of them, had a duty which includes but is not limited to ensure that the area was not slippery or wet thereby creating a dangerous condition.

Defendants, and each of them, knew or should have known of the dangerous condition of the area as described above.

At the time and place described above, Defendants and each of them, so negligently, carelessly, recklessly, wantonly, willfully, and unlawfully conducted themselves, which includes, but is not limited to, the failure to maintain, repair, replace, warn, make the area where the injury occurred safe, or service the area where Plaintiff fell specifically located near an aisle near the first cash-register near the men's restroom located inside the Lowe's Store at the address described above. As a result of the Defendants' conduct created a dangerous condition, thereby causing Plaintiff, who was legally walking in the store, to slip and fell on a wet substance causing his serious bodily injuries.

Code of Civil Procedure 425.12

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal
Solutions
Plus

**TO CONFORM** CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Daniel R. Tamez, Esq. SBN 216619<br>LAW OFFICES OF DANIEL R. TAMEZ<br>1010 Second Avenue Suite 1750<br>1010 Second Avenue Suite 1750<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-446-6736  FAX NO.:<br>ATTORNEY FOR *(Name)*: Plaintiff | **ENDORSED**<br><br>JAN 31 2008<br><br>SUPERIOR COURT<br>IMPERIAL COUNTY<br>JOSE O. GUILLEN, CLERK<br>BY LYDIA M. ANTUNEZ<br>DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF IMPERIAL
STREET ADDRESS: 939 Main Street
MAILING ADDRESS: 939 Main Street
CITY AND ZIP CODE: El Centro, Ca. 92243
BRANCH NAME: El Centro

CASE NAME: Solarez v. Lowe's Companies, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: ECU04188 |
|---|---|---|
| [x] Unlimited  [ ] Limited<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)  $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: JEFFREY B. JONES<br>DEPT: 7 |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [x] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive

4. Number of causes of action *(specify):* 2

5. This case [ ] is [x] is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 01-25-08

Daniel R. Tamez, Esq. SBN 216619
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**  *Legal Solutions*

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

EXHIBIT B

CIV-050

**- DO NOT FILE WITH THE COURT -**
**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: 619-446-6736 | FOR COURT USE ONLY |
|---|---|---|
| Daniel R. Tamez, Esq. SBN 216619 LAW OFFICES OF DANIEL R. TAMEZ 1010 Second Avenue Suite 1750 1010 Second Avenue Suite 1750 San Diego, CA  92101 | | |

ATTORNEY FOR *(name)*    Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF   IMPERIAL**
STREET ADDRESS:  939 Main Street
MAILING ADDRESS:  939 Main Street
CITY AND ZIP CODE:  El Centro, Ca. 92243
BRANCH NAME:  El Centro

PLAINTIFF: Abelardo Solarez

DEFENDANT: Lowe's Companies, Inc., Lowe's Home Ce

| **STATEMENT OF DAMAGES** (Personal Injury or Wrongful Death) | CASE NUMBER: ECU04188 |
|---|---|

To *(name of one defendant only):*
Plaintiff *(name of one plaintiff only):*    Abelardo Solarez
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [X] Pain, suffering, and inconvenience ................................................ $ 150,000.00
   b. [X] Emotional distress ...................................................................... $ 150,000.00
   c. [ ] Loss of consortium ..................................................................... $ _____
   d. [ ] Loss of society and companionship *(wrongful death actions only)* ........ $ _____
   e. [X] Other *(specify)* as the court may deem proper ............................. $ ___Proof___
   f. [ ] Other *(specify)* ....................................................................... $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses *(to date)* ....................................................... $ ___Proof___
   b. [X] Future medical expenses *(present value)* .................................... $ ___Proof___
   c. [X] Loss of earnings *(to date)* ........................................................ $ ___Proof___
   d. [X] Loss of future earning capacity *(present value)* ........................... $ ___Proof___
   e. [X] Property damage ...................................................................... $ _____
   f. [ ] Funeral expenses *(wrongful death actions only)* ........................... $ _____
   g. [ ] Future contributions *(present value)* *(wrongful death actions only)* .. $ _____
   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* ...... $ _____
   i. [X] Other *(specify)* As the court may deem proper ............................. $ _____
   j. [ ] Other *(specify)* ....................................................................... $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)* $ _____
   when pursuing a judgment in the suit filed against you.

Date: 02-13-08

_____
Daniel R. Tamez, Esq. SBN 216619
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

Page 1 of 2

*(Proof of service on reverse)*

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Legal
Solutions
℗ Plus

Code of Civil Procedure, §§ 425.11, 425.115

**EXHIBIT C**

03/24/2008  21:58   760-3575050                                    PAGE  01/02
03/20/2008  07:58  One Legal LLC

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Daniel R. Tamez, Esq. SBN 216619<br>LAW OFFICES OF DANIEL R. TAMEZ<br>1010 Second Avenue Suite 1750<br>1010 Second Avenue Suite 1750<br>San Diego, CA  92101 | 619-446-6736 | ENDORSED<br><br>MAR 2008<br><br>SUPE<br>IMPE<br>JUDS O.<br>BY AC. |

ATTORNEY FOR (Name): **Plaintiff**

Insert name of court and name of judicial district and branch court, if any:

El Centro Courthouse
El Centro

PLAINTIFF/PETITIONER: Abelardo Solarez

DEFENDANT/RESPONDENT: Lowe's Companies, Inc., Lowe's
Home Centers, Inc., Lowe's H I W, Inc., and

| | |
|---|---|
| **REQUEST FOR DISMISSAL** | CASE NUMBER: |
| [X] Personal Injury, Property Damage, or Wrongful Death<br>    [ ] Motor Vehicle    [X] Other Premises Liability<br>[ ] Family Law<br>[ ] Eminent Domain<br>[ ] Other (specify): | ECU04188<br><br>**BY FAX** |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice        (2) [X] Without prejudice
   b. (1) [X] Complaint              (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                               on (date):
      (4) [ ] Cross-complaint filed by (name):                               on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify):* Complaint as to LOWE'S COMPANIES, INC. and LOWE'S HOME
              CENTERS, INC., only.

Date: 03-11-08

Daniel R. Tamez, Esq. SBN 216619                                    Attorney or party without attorney for: Abelardo Solares
(TYPE OR PRINT NAME OF  [X] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)    _____ (SIGNATURE)

* If dismissal requested is of specified parties only or specified causes of     [X] Plaintiff/Petitioner    [ ] Defendant/Respondent
action only, or of specified cross-complaints only, so state and identify        [ ] Cross - complainant
the parties, causes of action, or cross-complaints to be dismissed.

2. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

_____                                            _____ (SIGNATURE)
(TYPE OR PRINT NAME OF  [ ] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)    Attorney or party without attorney for:

** If a cross-complaint or Response (Family Law) seeking affirmative relief is on    [ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
file, the attorney for cross-complainant (respondent) must sign this consent        [ ] Cross - complainant
consent if required by Code of Civil Procedure section 581(i) or (j).

---

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                        as to only (name):
5. [ ] Dismissal not entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conform    [ ] means to return conformed copy

Date:                                                  Clerk, by _____, Deputy

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev. January 1, 2007] | **REQUEST FOR DISMISSAL** | Page 1 of 1<br>Code of Civil Procedure, § 581 et seq.;<br>Cal. Rules of Court, rule 3.1390 |

Legal
Solutions
CA Plus

03/24/2008  21:58    760-3575050                                    PAGE  02/02
/2008   07:58  One Legal LLC



ENDORSED

MAR 2 0 2008

SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY ADRIANA GARCIA

**PROOF OF SERVICE**
**[1013A (3) C.C.P.]**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 15250 Ventura Boulevard, 9th Floor, Sherman Oaks, California 91403-3221.

On March 19, 2008, I served the foregoing document described as **REQUEST FOR DISMISSAL** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Daniel R. Tamez, Esq.                          Attorney for Plaintiff,
LAW OFFICES OF DANIEL R. TAMEZ      ABELARDO SOLAREZ
1010 Second Avenue, Suite 1750
San Diego, CA 92101
(619) 446-6736; (619) 793-5215 Fax

    X    BY MAIL

I deposited such envelope in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sherman Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

        BY FACSIMILE

The document was transmitted by facsimile transmission and transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine and a copy of the transmission report is attached to my file copy of this declaration.

        BY OVERNIGHT DELIVERY

I caused an envelope to be hand-delivered to a representative of either DHL, FEDEX or EXPRESS MAIL at Sherman Oaks, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery with DHL, FEDEX or EXPRESS MAIL.

        BY PERSONAL SERVICE

I delivered such envelope by hand to the offices of the addressee.

Executed on March 19, 2008, at Sherman Oaks, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Jacqueline J. Thorne
          NAME
G:\Tom\22150\Pleadings\req dismissal young entities.wpd

                            SIGNATURE

- 1 -

**REQUEST FOR DISMISSAL**

03/24/2008 16:51    12134821572    NOW LEGAL SERVICES    PAGE 03/03
03/24/2008 16:43    760 070    ROCKET COPY    PAGE 02/03
03/24/2008 00:52    12134821572    NOW LEGAL SERVICES    PAGE 04/08
MAR-24-2008 09:18 From:THARPE & HOWELL    18182059944    To:12134821572    Page:4/8

1   **THARPE & HOWELL**
2   15250 Ventura Boulevard, Ninth Floor
    Sherman Oaks, California 91403-3221
3   (818) 205-9955; (818) 205-9944 Fax

4   STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757

5
6   Attorneys for Defendant, LOWE'S HIW, INC.

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   COUNTY OF IMPERIAL – MAIN COURTHOUSE

10

11  ABELARDO SOLAREZ,                   CASE NO.: ECU04188

12          Plaintiff,                  *Civil Unlimited Jurisdiction*
                                        *[assigned to the Honorable Christopher W.*
13  v.                                  *Yeager, Dept. 7]*

14  LOWE'S COMPANIES, INC., LOWE'S      **ANSWER TO COMPLAINT**
    HOME CENTERS, INC., LOWE'S HIW,
15  INC., and DOES 1 to 50, Inclusive,

16          Defendant.                  TRIAL DATE:    NONE SET

17          COMES NOW defendant LOWE'S HIW, INC., for itself alone and for no other

18  defendant, in answering the plaintiff's Complaint on file herein for itself alone and for no other

19  defendant admits, denies and alleges as follows:

20          1.      Under the provisions of Section 431.30 of the California Code of Civil Procedure,

21  this answering defendant denies both generally and specifically each and every allegation in said

22  Complaint and the whole thereof, including each and every purported cause of action contained

23  therein, and denies that the plaintiff sustained damages in any sum or sums, or at all.

24          2.      Further answering plaintiff's Complaint on file herein and the whole thereof,

25  including each and every purported cause of action contained therein, this answering defendant

26  denies that the plaintiff sustained any injury, damage or loss, if any, by reason of any act or

27  omission on the part of this answering defendant, or any agent, servant or employee of this

28  answering defendant.

                                    - 1 -

                            **ANSWER TO COMPLAINT**

1          **THARPE & HOWELL**
      **15250 Ventura Boulevard, Ninth Floor**
2      **Sherman Oaks, California  91403-3221**
       **(818) 205-9955; (818) 205-9944 Fax**

3

4  STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757

5

 Attorneys for Defendant, LOWE'S HIW, INC.
6

7

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

           COUNTY OF IMPERIAL – MAIN COURTHOUSE
9

10

| | | |
|---|---|---|
| ABELARDO SOLAREZ, | ) | CASE NO.: ECU04188 |
|          Plaintiff, | ) | *Civil Unlimited Jurisdiction* |
| v. | ) | *[assigned to the Honorable Christopher W. Yeager, Dept. 7]* |
| LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, INC., LOWE'S HIW, INC., and DOES 1 to 50, Inclusive, | ) | **ANSWER TO COMPLAINT** |
|          Defendant. | ) | TRIAL DATE:     NONE SET |

17       COMES NOW defendant LOWE'S HIW, INC., for itself alone and for no other

18 defendant, in answering the plaintiff's Complaint on file herein for itself alone and for no other

19 defendant admits, denies and alleges as follows:

20       1.     Under the provisions of Section 431.30 of the California Code of Civil Procedure,

21 this answering defendant denies both generally and specifically each and every allegation in said

22 Complaint and the whole thereof, including each and every purported cause of action contained

23 therein, and denies that the plaintiff sustained damages in any sum or sums, or at all.

24       2.     Further answering plaintiff's Complaint on file herein and the whole thereof,

25 including each and every purported cause of action contained therein, this answering defendant

26 denies that the plaintiff sustained any injury, damage or loss, if any, by reason of any act or

27 omission on the part of this answering defendant, or any agent, servant or employee of this

28 answering defendant.

- 1 -

**ANSWER TO COMPLAINT**

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1  FOR A FIRST, SEPARATE AND

2  DISTINCT AFFIRMATIVE DEFENSE,

3  THIS ANSWERING DEFENDANT ALLEGES:

4  　　　3.　　　That plaintiff herein is barred from any recovery herein on the basis that his own

5  negligence was the sole and proximate cause of the accident and injuries sustained herein, but in

6  the event a finding is made that negligence exists on the part of this answering defendant which

7  proximately contributed to plaintiff's injuries and/or damages, plaintiff's amount of recovery, if

8  any, shall be reduced on the basis of his own comparative negligence which contributed to the

9  accident herein and the injuries and/or damages and claims upon which plaintiff is seeking

10  recovery against this answering defendant.

11  FOR A SECOND, SEPARATE AND

12  DISTINCT AFFIRMATIVE DEFENSE,

13  THIS ANSWERING DEFENDANT ALLEGES:

14  　　　4.　　　That the injuries and damages, if any, sustained by plaintiff were proximately

15  caused by the negligence, carelessness or fault of others, and therefore the plaintiff may recover

16  from this defendant only that apportionment of damages directly attributable to the negligence,

17  carelessness or fault of this answering defendant (which allegation is being made solely for the

18  purpose of this pleading and without admitting such to be the fact).

19  FOR A THIRD, SEPARATE AND

20  DISTINCT AFFIRMATIVE DEFENSE,

21  THIS ANSWERING DEFENDANT ALLEGES:

22  　　　5.　　　That if it is determined that one or any combination of named or unnamed

23  defendants proximately caused any injury to the plaintiff, any liability for damages against this

24  answering defendant be negated or reduced upon the comparative fault of the remaining co-

25  defendants.

26  ///

27  ///

28  ///

- 2 -

**ANSWER TO COMPLAINT**

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1    FOR A FOURTH, SEPARATE AND

2    DISTINCT AFFIRMATIVE DEFENSE,

3    THIS ANSWERING DEFENDANT ALLEGES:

4        6.     That the Complaint and each of the purported Causes of Action therein

5    complained fail to state a Cause of Action against this answering defendant.

6    FOR A FIFTH, SEPARATE AND

7    DISTINCT AFFIRMATIVE DEFENSE,

8    THIS ANSWERING DEFENDANT ALLEGES:

9        7.     That the Complaint and each of the purported Causes of Action therein

10    complained fail to state a Cause of Action upon which a claim for punitive damages can be based

11    against this answering defendant.

12    FOR A SIXTH, SEPARATE AND

13    DISTINCT AFFIRMATIVE DEFENSE,

14    THIS ANSWERING DEFENDANT ALLEGES:

15        8.     That plaintiff's Complaint herein, and the whole thereof, and each and every

16    purported cause of action contained therein is barred by the running the applicable statute of

17    limitations as is embodied in California Code of Civil Procedure, Sections 338, 339, 340, 343.

18    FOR A SEVENTH, SEPARATE AND

19    DISTINCT AFFIRMATIVE DEFENSE,

20    THIS ANSWERING DEFENDANT ALLEGES:

21        9.     That immediately prior to the occurrence of the incident referred to in the

22    Complaint herein, plaintiff failed to use and exercise caution for plaintiff's own protection, and

23    safety in that among other things she freely and voluntarily placed plaintiff in a position so as to

24    be exposed to a likelihood of injury and that at the time and place of said accident, plaintiff was

25    fully aware of the dangers incident thereto and continued to freely and voluntarily expose

26    plaintiff to same, and thereby assumed the risk thereof, and in having assumed the risk, is

27    therefore barred by the assumption of the risk for any recovery herein or the applicable abatement

28    of such recovery, if any, herein.

- 3 -

**ANSWER TO COMPLAINT**

1     FOR AN EIGHTH, SEPARATE AND

2     DISTINCT AFFIRMATIVE DEFENSE,

3     THIS ANSWERING DEFENDANT ALLEGES:

4     10.    That if plaintiff sustained any injuries or damages as a result of the accident or

5 incident complained of herein, then plaintiff proximately caused, aggravated and/or failed to take

6 proper action to reduce and/or mitigate said injuries and damages.

7     FOR A NINTH, SEPARATE AND

8     DISTINCT AFFIRMATIVE DEFENSE,

9     THIS ANSWERING DEFENDANT ALLEGES:

10     11.    In accordance with the provisions of California Civil Code Section 1431 Et. Seq.,

11 the liability of this answering defendant, if any, must be compared with the liability of others

12 including plaintiff herein.  This defendant is not liable for any greater percentage of non-

13 economic damages if any than its percentage of liability bears to 100% liability.

14     WHEREFORE, this answering defendant prays that plaintiff take nothing by way of the

15 Complaint on file herein and that this answering defendant may be hence dismissed with costs of

16 suit incurred herein and for such other and further relief as the Court may deem just and proper.

17

18 DATED: March 20, 2008         THARPE & HOWELL

19

20               By:     _____

21                     STEPHANIE FORMAN
                          Attorneys for Defendant,
                          LOWE'S HIW, INC.

22

23

24

25

26

27

28

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California  91403-3221

- 4 -

**ANSWER TO COMPLAINT**

**PROOF OF SERVICE**
**[1013A (3) C.C.P.]**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 15250 Ventura Boulevard, 9th Floor, Sherman Oaks, California 91403-3221.

On **March 24, 2008**, I served the foregoing document described as **ANSWER TO COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Daniel R. Tamez, Esq.                    Attorney for Plaintiff,
LAW OFFICES OF DANIEL R. TAMEZ          ABELARDO SOLAREZ
1010 Second Avenue, Suite 1750
San Diego, CA 92101
(619) 446-6736; (619) 793-5215 Fax

**X    BY MAIL**

I deposited such envelope in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sherman Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**____    BY FACSIMILE**

The document was transmitted by facsimile transmission and transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine and a copy of the transmission report is attached to my file copy of this declaration.

**____    BY OVERNIGHT DELIVERY**

I caused an envelope to be hand-delivered to a representative of either DHL, FEDEX or EXPRESS MAIL at Sherman Oaks, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery with DHL, FEDEX or EXPRESS MAIL.

**____    BY PERSONAL SERVICE**

I delivered such envelope by hand to the offices of the addressee.

Executed on **March 24, 2008,** at Sherman Oaks, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Jacqueline J. Thorne
_____
NAME

_____
SIGNATURE

G:\Data\22150\Pleadings\Answer.wpd

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 5 -

**ANSWER TO COMPLAINT**

1

2  **THARPE & HOWELL**
15250 Ventura Boulevard, Ninth Floor
3  Sherman Oaks, California 91403-3221
(818) 205-9955; (818) 205-9944 Fax

4  STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757

5

6  Attorneys for Defendant, LOWE'S HIW, INC.

7

8  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  COUNTY OF IMPERIAL – MAIN COURTHOUSE

10

11  ABELARDO SOLAREZ,  | CASE NO.: ECU04188

12          Plaintiff,  | *Civil Unlimited Jurisdiction*
                        | *[assigned to the Honorable Christopher W.*
13  v.                  | *Yeager, Dept. 77*

14  LOWE'S COMPANIES, INC., LOWE'S
HOME CENTERS, INC., LOWE'S HIW,  | **DEMAND FOR JURY TRIAL**
15  INC., and DOES 1 to 50, Inclusive,

16          Defendant.  | TRIAL DATE:  NONE SET

17

18

19  TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

20      Defendant, LOWE'S HIW, INC., herein demands trial by jury of the above-entitled matter.

21  DATED: March 20, 2008

22                              THARPE & HOWELL

23                              By:

24                                  STEPHANIE FORMAN
                                    Attorneys for Defendant,
25                                  LOWE'S HIW, INC.

26

27

28

– 1 –
**DEMAND FOR JURY TRIAL**

**ENDORSED**
MAR 24 2008
SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY LIDIA GANDEVIA
DEPUTY

1    **THARPE & HOWELL**
     **15250 Ventura Boulevard, Ninth Floor**
2    **Sherman Oaks, California  91403-3221**
     **(818) 205-9955; (818) 205-9944 Fax**
3

4    STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757

5

     Attorneys for Defendant, LOWE'S HIW, INC.
6

7
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
                    COUNTY OF IMPERIAL – MAIN COURTHOUSE
9

10   ABELARDO SOLAREZ,                    )    CASE NO.:  ECU04188
                                          )
11                  Plaintiff,            )    *Civil Unlimited Jurisdiction*
                                          )    *[assigned to the Honorable Christopher W.*
12   v.                                   )    *Yeager, Dept. 7]*
                                          )
13   LOWE'S COMPANIES, INC., LOWE'S       )    **DEMAND FOR JURY TRIAL**
14   HOME CENTERS, INC., LOWE'S HIW,      )
     INC., and DOES 1 to 50, Inclusive,   )
15                                        )    TRIAL DATE:        NONE SET
                    Defendant.            )
16   _____ )

17

18

19   TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

20         Defendant, LOWE'S HIW, INC., herein demands trial by jury of the above-entitled matter.

21   DATED: March 20, 2008              THARPE & HOWELL

22

23                                      By: _____
                                            STEPHANIE FORMAN
24                                          Attorneys for Defendant,
                                            LOWE'S HIW, INC.
25

26

27

28

                                        - 1 -
                            **DEMAND FOR JURY TRIAL**

**PROOF OF SERVICE**
**[1013A (3) C.C.P.]**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 15250 Ventura Boulevard, 9th Floor, Sherman Oaks, California 91403-3221.

On **March 24, 2008**, I served the foregoing document described as **DEMAND FOR JURY TRIAL** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Daniel R. Tamez, Esq.                           Attorney for Plaintiff,
LAW OFFICES OF DANIEL R. TAMEZ        ABELARDO SOLAREZ
1010 Second Avenue, Suite 1750
San Diego, CA 92101
(619) 446-6736; (619) 793-5215 Fax

___**X**___ **BY MAIL**

I deposited such envelope in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sherman Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY FACSIMILE**

The document was transmitted by facsimile transmission and transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine and a copy of the transmission report is attached to my file copy of this declaration.

_____ **BY OVERNIGHT DELIVERY**

I caused an envelope to be hand-delivered to a representative of either DHL, FEDEX or EXPRESS MAIL at Sherman Oaks, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery with DHL, FEDEX or EXPRESS MAIL.

_____ **BY PERSONAL SERVICE**

I delivered such envelope by hand to the offices of the addressee.

Executed on **March 24, 2008,** at Sherman Oaks, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

___Jacqueline J. Thorne___                    _____
            NAME                                                SIGNATURE

G:\Data\22150\Pleadings\Jury Demand.wpd

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
**DEMAND FOR JURY TRIAL**

*Solarez v. Lowe's HIW, Inc., et al.*
Case No.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.     At the time of service I was at least 18 years of age and **not a party to this legal action**.

2.     My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

3.     I served copies of the following documents (specify the exact title of each document served): **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1332 & §1441(b) (DIVERSITY)**

4.     I served the documents listed above in item 3 on the following persons at the addresses listed:

> Daniel R. Tamez, Esq.
> LAW OFFICES OF DANIEL R. TAMEZ
> 1010 Second Avenue, Suite 1750
> San Diego, CA 92101
> (619) 446-6736
> Attorneys for Plaintiff,
> ABELARDO SOLAREZ

5.    a.   ☐   **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to            identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

      b.   ☒   **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

            (1)   ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

            (2)   ☒   placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

- 5 -

NOTICE OF REMOVAL OF ACTION

Solarez v. Lowe's HIW, Inc., et al.
Case No.

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ❑ **By overnight delivery**. I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ❑ **By messenger service**. I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ❑ **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ❑ **By e-mail or electronic transmission**. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

❑ I declare that I am a member of the bar of this Court.

March 25, 2008 _____ Marie Davis _____ _Marie Davis_ (signature)
DATE _____ (TYPE OR PRINT NAME) _____ (SIGNATURE)

G:\Data\22150\Pleadings\NTC REMOVAL.wpd

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 6 -

**NOTICE OF REMOVAL OF ACTION**

Solarez v. Lowe's HIW, Inc., et al.
Case No.

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS
ABELARDO SOLAREZ

## DEFENDANTS
LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, INC., LOWE'S HIW, INC., and DOES 1 to 50, Inclusive

*FILED*
*08 MAR 27 PH 12: 09*
*CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA*

**'08 CV 0575 LAB NLS**

*BY: ___ DEPUTY*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Imperial**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Daniel R. Tamez, Esq.
Law Offices of Daniel R. Tamez
1010 Second Avenue, Suite 1750
San Diego, CA 92101
(619) 446-6736

ATTORNEYS (IF KNOWN)
Stephanie Forman, Esq.
Tharpe & Howell
15250 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403
(818) 205-9955

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Negligence/Premises Liability. *Plaintiff claims serious injury resulting from a slip and fall while on defendant's premises. 28 usc section 1332 + 1441 (b)(diversity)*

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motion to Vacate Sentence
  **HABEAS CORPUS:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removal from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** ___
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE ___    Docket Number ___

DATE
March 25 2008

SIGNATURE OF ATTORNEY OF RECORD
Stephanie Forman, Esq.

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

*149147 $350 SOL 3/27/08*

***Solarez v. Lowe's HIW, Inc., et al.***
*Case No.*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.      At the time of service I was at least 18 years of age and **not a party to this legal action**.

2.      My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

3.      I served copies of the following documents (specify the exact title of each document served): **CIVIL COVER SHEET**

4.      I served the documents listed above in item 3 on the following persons at the addresses listed:

Daniel R. Tamez, Esq.
LAW OFFICES OF DANIEL R. TAMEZ
1010 Second Avenue, Suite 1750
San Diego, CA 92101
(619) 446-6736
Attorneys for Plaintiff,
ABELARDO SOLAREZ

5.    a.    ☐    **By personal service**.  I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to        identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

     b.    ☒    **By United States mail**.  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

            (1)    ☐    deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

            (2)    ☒    placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ❑ **By overnight delivery**. I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to   the person at the addresses in item 4.  I placed the envelope or package for  collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ❑ **By messenger service**. I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses   listed in item 4 and providing them to a professional messenger service for service.  (A declaration by the messenger must accompany this proof of service or
be contained in the Declaration of Messenger below.)

e. ❑ **By fax transmission**.  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4.  No error was reported by the fax machine that I used.  A copy of the fax transmission, which I printed out, is attached.

f. ❑ **By e-mail or electronic transmission**. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4.  I did not receive within a reasonable time after the transmission any electronic          message or other indication that the transmission was unsuccessful.

☒   I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

❑ I declare that I am a member of the bar of this Court.

March 2 5, 2008 _____    Marie Davis _____    _Marie Davis_
DATE                        (TYPE OR PRINT NAME)       (SIGNATURE)

G:\Data\22150\cap pos - federal.wpd

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California  91403-3221

- 3 -
CIVIL COVER SHEET

Solarez v. Lowe's HIW, Inc., et al.
Case No.

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 149147    − SH

March 27. 2008
12:07:34

Civ Fil Non-Pris
USAO #.: 08CV0575
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: BC78019

Total−>  $350.00

FROM: SOLAREZ V. LOWE'S CO INC