1  CHARLES D. MAY, ESQ. (Bar No. 129663)
   STEPHANIE FORMAN, ESQ. (Bar No. 195757)
2  GENE B. SHARAGA, ESQ. (Bar No. 131661)
   **THARPE & HOWELL**
3  **15250 Ventura Boulevard, Ninth Floor**
   **Sherman Oaks, California  91403-3221**
4       **Telephone:  (818) 205-9955**
        **Facsimile:   (818)205-9944**
5  **E-Mail: cmay@tharpe-howell.com**
   **E-Mail: sforman@tharpe-howell.com**
6  **E-Mail: gsharaga@tharpe-howell.com**

7  Attorneys for Defendant,
            LOWE'S HIW, INC., erroneously sued
8            and served as LOWE'S H I W, INC.

9                UNITED STATES DISTRICT COURT

10   SOUTHERN DISTRICT OF CALIFORNIA - EL CENTRO COURTHOUSE

11

12  ABELARDO SOLAREZ,                 ) **CASE NO. 3:08-CV-00575-LAB-NLS**
                                      )
13              Plaintiff(s),         ) (Imperial County Superior Court Case
                                      ) No. ECU04188)
14  v.                                )
                                      ) **NOTICE OF LODGING OF**
15  LOWE'S COMPANIES, INC.,           ) **REVISED EXHIBIT**
    LOWE'S HOME CENTERS, INC.,        )
16  LOWE'S H I W, INC., and DOES 1    )
    to 50, Inclusive,                 )
17                                    )
                Defendant(s).         )
18                                    )

19  _____

20        Defendant LOWE'S HIW, INC., erroneously sued and served as

21  LOWE'S H I W, INC. ("Defendant"), hereby lodges with the Court, as a Revised

22  Exhibit "C" to its Notice of Removal, a true and correct copy of the Entry of Partial

23  Dismissal as to defendants LOWE'S COMPANIES, INC. and LOWE'S HOME

24  CENTERS, INC. entered on March 20, 2008 by the Superior Court of Imperial County,

25  El Centro Courthouse.  Defendant timely filed its Notice of Removal with this Court

26  on March 27, 2008.  Therefore, the partial dismissal was entered prior to removal.

27  //

28  //

- 1 -

**NOTICE OF LODGING**

Solarez v. Lowe's HIW, Inc., et al.
Case No.: 3:08-CV-00575-LAB-NLS

1    At the time of filing the Notice of Removal, Defendant was unable to obtain a

2  copy of the Entry of Partial Dismissal due to delays in the filing department at the

3  Imperial County Superior Court.

4

5  Dated: April 8, 2008                              THARPE & HOWELL

6

7                                        By: _____

8                                              CHARLES D. MAY
                                               STEPHANIE FORMAN
9                                              GENE B. SHARAGA
                                               Attorney for Defendant,
10                                             LOWE'S HIW, INC.,
                                               erroneously sued and served as
11                                             LOWE'S H I W, INC.

12  G:\Data\22150\Pleadings\Notice of Lodging - Revised Exhibit to Removal.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -

**NOTICE OF LODGING**

REVISED
EXHIBIT "C"

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO: |
|---|---|
| Daniel R. Tamez, Esq. SBN 216619 | 619-446-6736 |
| LAW OFFICES OF DANIEL R. TAMEZ | |
| 1010 Second Avenue Suite 1750 | |
| 1010 Second Avenue Suite 1750 | |
| San Diego, CA 92101 | |

ATTORNEY FOR *(Name)*:  Plaintiff

Insert name of court and name of judicial district and branch court, if any:
El Centro Courthouse
El Centro

PLAINTIFF/PETITIONER: Abelardo Solarez

DEFENDANT/RESPONDENT: Lowe's Companies, Inc., Lowe's
Home Centers, Inc., Lowe's H I W, Inc., and

**REQUEST FOR DISMISSAL**

[X] Personal Injury, Property Damage, or Wrongful Death
  [ ] Motor Vehicle    [X] Other Premises Liability
[ ] Family Law
[ ] Eminent Domain
[ ] Other (specify):

**FILED**
OR COURT USE ONLY

MAR 2 0 2008

SUPERIOR COURT CA.
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK OF THE COURT
BY _____ DEPUTY
ADRIANA GARCIA

CASE NUMBER:
ECU004188

**BY FAX**

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice      (2) [x] Without prejudice
   b. (1) [X] Complaint      (2) [ ] Petition
      (3) [ ] Cross-complaint filed by *(name)*:                  on *(date)*:
      (4) [ ] Cross-complaint filed by *(name)*:                  on *(date)*:
      (5) [ ] Entire action of all parties and all causes of action
      (6) [x] Other *(specify):* Complaint as to LOWE'S COMPANIES, INC. and LOWE'S HOME
             CENTERS, INC., only.

Date: 03-11-08

Daniel R. Tamez, Esq. SBN 216619
TYPE OR PRINT NAME OF [X] ATTORNEY   [ ] PARTY WITHOUT ATTORNEY)

▶ _____ *(SIGNATURE)*
Attorney or party without attorney for: Abelardo Solares

* If dismissal requested is of specified parties only or specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

[X] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

TYPE OR PRINT NAME OF [ ] ATTORNEY   [ ] PARTY WITHOUT ATTORNEY)

▶ _____ *(SIGNATURE)*
Attorney or party without attorney for:

** If a cross-complaint or Response (Family Law) seeking affirmative relief is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross - complainant

*(To be completed by clerk)*
3. [ ] Dismissal entered as requested on *(date)*:
4. [X] Dismissal entered on *(date):* 3-20-08      as to only *(name):* Def's Lowe's Companies, Inc.
5. [ ] Dismissal not entered as requested for the following reasons *(specify):*   and Lowe's Home Centers, Inc.
6. [ ] a. Attorney or party without attorney notified on *(date)*:
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [X] a copy to conform    [X] means to return conformed copy

JOSE O. GUILLEN
Clerk, by _____ , Deputy

Date: 3-20-08

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 (Rev. January 1, 2007)

**REQUEST FOR DISMISSAL**

Legal
Solutions
℗ Plus

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390



ENDORSED
MAR 2 0 2008
SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY ADRIANA GARCIA

## PROOF OF SERVICE
### [1013A (3) C.C.P.]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 15250 Ventura Boulevard, 9th Floor, Sherman Oaks, California 91403-3221.

On March 19, 2008, I served the foregoing document described as REQUEST FOR DISMISSAL on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Daniel R. Tamez, Esq.                          Attorney for Plaintiff,
LAW OFFICES OF DANIEL R. TAMEZ      ABELARDO SOLAREZ
1010 Second Avenue, Suite 1750
San Diego, CA 92101
(619) 446-6736; (619) 793-5215 Fax

 X    BY MAIL

I deposited such envelope in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sherman Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____  BY FACSIMILE

The document was transmitted by facsimile transmission and transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine and a copy of the transmission report is attached to my file copy of this declaration.

____  BY OVERNIGHT DELIVERY

I caused an envelope to be hand-delivered to a representative of either DHL, FEDEX or EXPRESS MAIL at Sherman Oaks, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery with DHL, FEDEX or EXPRESS MAIL.

____  BY PERSONAL SERVICE

I delivered such envelope by hand to the offices of the addressee.

Executed on March 19, 2008, at Sherman Oaks, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Jacqueline J. Thorne                                    [signature]
        NAME                                              SIGNATURE

- 1 -

## REQUEST FOR DISMISSAL

*Solarez v. Lowe's HIW, Inc., et al.*
Case No.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.     At the time of service I was at least 18 years of age and **not a party to this legal action**.

2.     My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

3.     I served copies of the following documents (specify the exact title of each document served): **NOTICE OF LODGING OF REVISED EXHIBIT**

4.     I served the documents listed above in item 3 on the following persons at the addresses listed:

Daniel R. Tamez, Esq.
LAW OFFICES OF DANIEL R. TAMEZ
1010 Second Avenue, Suite 1750
San Diego, CA 92101
(619) 446-6736
Attorneys for Plaintiff,
ABELARDO SOLAREZ

5.     a.   ☐   **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to        identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

        b.   ☒   **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

              (1)  ☐       deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

              (2)  ☒       placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 3 -
**NOTICE OF LODGING**

*Solarez v. Lowe's HIW, Inc., et al.*
Case No.: 3:08-CV-00575-LAB-NLS

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1  I am a resident or employed in the county where the mailing occurred.
2  The envelope or package was placed in the mail at Sherman Oaks, California.

3  c.  ❑  **By overnight delivery**. I enclosed the documents on the date  shown
4  below in an envelope or package provided by an overnight delivery carrier
   and addressed to   the person at the addresses in item 4.  I placed the
   envelope or package for  collection and overnight delivery at an office or
5  a regularly utilized drop box of the overnight delivery carrier.

6  d.  ❑  **By messenger service**. I served the documents on the date shown below
   by placing them in an envelope or package addressed to the person on the
7  addresses   listed in item 4 and providing them to a professional
   messenger service for service.  (A declaration by the messenger must
8  accompany this proof of service or
   be contained in the Declaration of Messenger below.)

9
10 e.  ❑  **By fax transmission**.  Based on an agreement of the parties to accept
   service by fax transmission, I faxed the documents on the date shown
11 below to the fax numbers of the persons listed in item 4.  No error was
   reported by the fax machine that I used. A copy of the fax transmission,
   which I printed out, is attached.

12
13 f.  ❑  **By e-mail or electronic transmission**.  Based on an agreement of the
   parties to accept service by e-mail or electronic transmission, I caused the
   documents to be sent on the date shown below to the e-mail addresses of
14 the persons listed in item 4.  I did not receive within a reasonable time
   after the transmission any electronic           message or other indication
15 that the transmission was unsuccessful.

16 ☒  I declare that I am employed in the office of a member of the bar of this
   Court at whose direction service was made.

17
18 ❑ I declare that I am a member of the bar of this Court.

19
   April  9, 2008        MARIE DAVIS
20 DATE               (TYPE OR PRINT NAME)      (SIGNATURE)

21

22 G:\Data\22150\Pleadings\Notice of Lodging - Revised Exhibit to Removal.wpd

23

24

25

26

27

28

- 4 -
**NOTICE OF LODGING**

Solarez v. Lowe's HIW, Inc., et al.
Case No.: 3:08-CV-00575-LAB-NLS