CHARLES D. MAY, ESQ. (Bar No. 129663)
STEPHANIE FORMAN, ESQ. (Bar No. 195757)
**THARPE & HOWELL**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
Telephone: (818) 205-9955
Facsimile: (818) 205-9944
E-Mail: cmay@tharpe-howell.com
E-Mail: sforman@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HIW, INC., erroneously sued
and served as LOWE'S H I W, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA - EL CENTRO COURTHOUSE

| | |
|---|---|
| ABELARDO SOLAREZ,<br><br>Plaintiff(s),<br><br>v.<br><br>LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, INC., LOWE'S H I W, INC., and DOES 1 to 50, Inclusive,<br><br>Defendant(s). | CASE NO. 3:08-CV-00575-LAB-NLS<br><br>(Imperial County Superior Court Case No. ECU04188)<br><br>**STIPULATION CAPPING PLAINTIFF'S DAMAGES AND RECOVERY TO $75,000** |

1. Whereas, plaintiff, a resident of California, brought the present action against defendant, a Washington Corporation, in the Superior Court of California, County of Imperial; and

2. Whereas, plaintiff claims personal injuries arising out of defendant's alleged negligence; and

3. Whereas, plaintiff acknowledges he has previously submitted a Statement of Damages wherein he claimed damages in excess of $75,000; and

4. Whereas, defendant removed this matter to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1332 and 1441(b); and

- 1 -
STIPULATION CAPPING DAMAGES

Solarez v. Lowe's HIW, Inc., et al.
Case No.: 3:08-CV-00575-LAB-NLS

5. Whereas plaintiff hereby wishes to enter into a Stipulation capping his damages and recovery in this action to $75,000.00.

IT IS HEREBY STIPULATED by the parties and their respective counsel of record, that in consideration for defendant's agreement to stipulate to remand this matter to State Court and other consideration:

1. Plaintiff hereby agrees and stipulates that his damages, resulting from the incident that occurred on defendant's premises on or about March 1, 2006, that are the subject of the within action, Case No. 3:08-CV-00575-LAB-NLS (formerly Imperial County Superior Court Case No. ECU04188) (hereinafter "the litigation"), are hereby capped at $75,000.00;

2. Plaintiff hereby agrees and stipulates that if his damages should exceed $75,000.00, he hereby waives the right to claim such damages as a result of the litigation.

3. Plaintiff hereby agrees and stipulates that his recovery of damages in the litigation, including but not limited to economic damages, non-economic damages, attorneys' fees and costs (if allowable) are hereby capped at $75,000.00.

4. Plaintiff hereby agrees and stipulates that if his recovery of damages in the litigation should exceed $75,000.00, either by verdict or other means, he hereby waives the right to recover any such damages in excess of $75,000.00.

5. Plaintiff hereby agrees and stipulates that should any award or judgment be rendered or entered against defendant in excess of $75,000.00, he will execute any necessary documents to reduce such award or judgment to $75,000.00, and will not execute on any award or judgment in excess of $75,000.00.

6. Plaintiff hereby expressly waives the right to avoid the terms of this stipulation or to modify the stipulation based on newly-discovered or unknown facts.

///
///

- 2 -
STIPULATION CAPPING DAMAGES

Solarez v. Lowe's HIW, Inc., et al.
Case No.: 3:08-CV-00575-LAB-NLS

MAY-01-2008 09:21  From:  ID:THARPE HOWELL  Page:003  R=95%

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

7. Plaintiff hereby stipulates that defendant shall maintain its right to remove this matter to Federal Court should plaintiff violate the provisions of this Stipulation, or should circumstances so mandate.

IT IS SO STIPULATED AND AGREED:

DATED: April 28, 2008

LAW OFFICES OF DANIEL R. TAMEZ

By: _____
DANIEL R. TAMEZ
Attorney for Plaintiff
ABELARDO SOLAREZ

DATED: April 28, 2008

_____
ABELARDO SOLAREZ

DATED: ~~April~~ May 1, 2008

THARPE & HOWELL

By: _____
CHARLES D. MAY
STEPHANIE FORMAN
Attorneys for Defendant
LOWE'S HIW, INC.

G:\Data\22150\Pleadings\stipulation re damages.wpd

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 3 -
STIPULATION CAPPING DAMAGES

Solarez v. Lowe's HIW, Inc., et al.
Case No.: 3:08-CV-00575-LAB-NLS

*Solarez v. Lowe's HIW, Inc., et al.*
Case No.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

3. I served copies of the following documents (specify the exact title of each document served): **STIPULATION CAPPING PLAINTIFF'S DAMAGES AND RECOVERY TO $75,000**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Daniel R. Tamez, Esq.
   LAW OFFICES OF DANIEL R. TAMEZ
   1010 Second Avenue, Suite 1750
   San Diego, CA 92101
   (619) 446-6736
   Attorneys for Plaintiff,
   ABELARDO SOLAREZ

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

      (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

      (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

- 4 -
STIPULATION CAPPING DAMAGES
Solarez v. Lowe's HIW, Inc., et al.
Case No.: 3:08-CV-00575-LAB-NLS

THARPE & HOWELL
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

   c. ☐ **By overnight delivery**. I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d. ☐ **By messenger service**. I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

   e. ☐ **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

   f. ☐ **By e-mail or electronic transmission**. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

☐ I declare that I am a member of the bar of this Court.

May 1, 2008     Jacqueline J. Thorne     /s/ Jacqueline J. Thorne
DATE     (TYPE OR PRINT NAME)     (SIGNATURE)

G:\Data\22150\Pleadings\stipulation re damages.wpd

- 5 -
STIPULATION CAPPING DAMAGES

Solarez v. Lowe's HIW, Inc., et al.
Case No.: 3:08-CV-00575-LAB-NLS