# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO SOLAREZ,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, INC., LOWE'S H I W, INC., and DOES 1 to 50, Inclusive,<br><br>　　　　　　Defendants. | CASE NO. 08cv0575-LAB (NLS)<br><br>**ORDER OF REMAND** |

On March 27, 2008, Defendants removed this action from Imperial County Superior Court to this Court, citing 28 U.S.C. § 1332 (diversity jurisdiction) and 28 U.S.C. § 1441(b) (the removal statute).

On May 1, 2008, the parties filed a stipulation that damages would not exceed $75,000, and jointly moved for remand to the Imperial County Superior Court. Because of this stipulation, it is now clear the amount in controversy does not exceed the jurisdictional amount of $75,000, *see* § 1332(a), and the Court lacks jurisdiction over this action. Remand is required if, at any time before final judgment is entered, it appears the Court lacks

/ / /

/ / /

/ / /

1  jurisdiction over the subject matter of the action. 28 U.S.C. § 1447(c). This action is
2  therefore **REMANDED** to the Imperial County Superior Court, from which it was removed.
3  **IT IS SO ORDERED**.
4  DATED: May 4, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge